UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHELLE KNOWLES,	)<br>	)<br>	Plaintiff	)<br>v.	)<br>	)<br>JOSEPH PONTE et al.,	)<br>	)<br>	Defendants	) | No. 2:21-cv-00108-GZS |

### CONSENT ORDER RE: PRODUCTION OF PRIOR TESTIMONY

The court has considered the parties' joint request for an order directing the plaintiff to provide the defendants with copies of any testimony under oath, including deposition transcripts, from a prior panel proceeding by the plaintiff on related facts, conducted pursuant to the Maine Health Security Act, 24 M.R.S.A. §§ 2851-2859 (Westlaw through 2021 1st Special Sess.). *See* ECF Nos. 27, 34, 35.  Title 24 M.R.S.A. § 2857(1)(A)(1)-(2) (Westlaw) permits a party who made a statement and/or presented evidence in a panel proceeding to "agree to the submission, use or disclosure of that statement or evidence" in subsequent proceedings and permits the use of any "testimony or writings made under oath . . . in subsequent proceedings for purposes of impeachment[.]"  Accordingly, the plaintiff is ***ORDERED*** to produce to the defendants any testimony, including deposition transcripts and any exhibits to those transcripts, in written format and video format (if video format exists), from the panel proceeding by October 27, 2021, except that if Wellpath LLC – a nonparty involved in the panel proceeding – objects to this order, the plaintiff shall wait for the court to rule on that objection.  The defendants are ***ORDERED*** to provide a copy of this order by e-mail to counsel for Wellpath by the close of business today,

1

October 18, 2021.  Any objection to this order by Wellpath shall be filed in writing by the close of business on October 22, 2021.

## *NOTICE*

*In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.*

*Failure to file a timely objection shall constitute a waiver of the right to review by the district court and to any further appeal of this order.*

Dated this 18th day of October, 2021.

/s/ John H. Rich III
John H. Rich III
United States Magistrate Judge